UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Swift & Co. (f/k/a ConAgra Inc. d/b/a Swift & Co.), | File No. 06-cv-990 MJD/AJB |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Dutch Creek Custom, Inc.; Dick Gerhardt, Guarantor; Jack Gerhardt, Guarantor, | |
| Defendants. | |

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Swift & Co. (f/k/a ConAgra Inc. d/b/a Swift & Co.), | File No. 06-cv-991 MJD/AJB |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| JFI, Inc. a/k/a Jabez Farms, Inc.; Jack Gerhardt, Guarantor, | |
| Defendants. | |

---

**ORDER**

Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that these matters are dismissed with prejudice and without costs or disbursements being awarded to any of the parties.

Dated: June 20, 2006

BY THE COURT:

s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge

1079838.1                                          2.